IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |  | |
|---|---|---|---|
| TRUSTEES OF THE NEWSPAPER GUILD INTERNATIONAL PENSION FUND, et al. | ) ) ) ) ) | | |
| Plaintiffs, | ) ) ) | | |
| v. | ) ) ) ) ) | Civil Action No. 1:06CV00513 (Sullivan, J.) | |
| EL VOCERO DE PUERTO RICO, INC., et al. | ) ) ) ) ) | | |
| Defendants. | ) ) | | |

**JOINT MOTION FOR EXTENSION OF TIME FOR
DEFENDANT TO FILE ANSWER**

Pursuant to *Fed R Civ Pro* 6(b), the parties hereby move that the Court permit defendant an extension of time to file its *Answer* in this matter.[1]

Plaintiffs initiated this suit on March 17, 2006, and properly served defendants with the complaint shortly thereafter.[2] Since service of the complaint upon the defendants, the parties have been actively involved in settlement negotiations, and remain optimistic that a full settlement of the matter is possible.

To permit the parties sufficient time to fully explore settlement possibilities, the parties

---

[1] Defendants' counsel, Pedro J. Manzano Yates, with whom plaintiffs have conducted settlement negotiations, has consented to plaintiffs filing this motion.

[2] Plaintiffs have today filed the pertinent *Affidavit of Service*.

jointly request that the Court grant an *Order* allowing defendants until July 20, 2006 to file its answer.

Respectfully Submitted,

/s/
Barbara L. Camens
DC Bar No.  366776
Barr & Camens
1025 Connecticut Ave. NW
Suite 712
Washington, D.C.  20036
(202) 293-9222
(202) 293-6893 (fax)

Counsel for Plaintiffs