IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUSTEES OF THE NEWSPAPER GUILD INTERNATIONAL PENSION FUND, et al.<br><br>Plaintiffs,<br><br>v.<br><br>EL VOCERO DE PUERTO RICO, INC., et al.<br><br>Defendants. | Civil Action No. 1:06CV00513<br>(Sullivan, J.) |

**Order**

In accordance with Plaintiffs' and Defendants' *Joint Motion for Extension of Time for Defendant to File Answer,* and this Court being duly advised in its premises, it is this

_____ day of _____, 200 \_\_\_\_,

ORDERED, that such Motion shall be and hereby is GRANTED; and it is further

ORDERED that defendant shall have until July 20, 2006 to file an answer in this matter.

_____
United States (District) Judge