**Certificate of Service**

     I, the undersigned, do hereby certify this 30th day of June 2006, that I caused to be served a copy of the preceding *Joint Motion for Extension of Time for Defendant to File Answer* and proposed *Order* by placing a copy of same in the first class mail, postage prepaid, addressed as follows:

                                Pedro J. Manzano Yates, Esq.
                                FIDDLER, GONZALEZ & ROGRIGUEZ, P.S.C.
                                254 Munoz Rivera Ave.
                                Corner Chardon Street
                                6th Floor
                                Hato Rey, PR 00918

                                                          /s/
                                  Barbara L. Camens