AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Trustees of the Newspaper Guild International Pension Fund

AND

The Newspaper Guild International Pension Fund

V.

El Vocero de Puerto Rico, Inc.

AND

Caribbean International News Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV00513

JUDGE: Emmet G. Sullivan

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 03/17/2006

TO: (Name and address of Defendant)

El Vocero de Puerto Rico, Inc.
206 Ponce de Leon Avenue
San Juan Puerto Rico, 00901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Barbara L. Camens
Barr & Camens
1025 Connecticut Avenue, NW, Suite 712
Washington, DC 20036

an answer to the complaint which is served on you with this summons, within ____twenty (20)____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          MAR 1 7 2006

CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE April 3, 2006 |
| NAME OF SERVER (PRINT) Roberto Diaz | TITLE Process Server |

Check one box below to indicate appropriate method of service

Vin

☐ Served personally upon the defendant. Place where served: EL Vocero de Puerto Rico – 206 Ponce de Leon Ave, San Juan, PR 00901
MIGUEL CAPLLONCH CHIEF ACCOUNTANT OFFICER, AUTHORIZED Person To Receive Summons.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
        Date                       Signature of Server

c/o Finest Services, INC,
PO Box 709 Valley Cottage NY 10989
                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.