IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TRUSTEES OF THE NEWSPAPER GUILD INTERNATIONAL PENSION FUND, et al. <br><br> v. <br><br> EL VOCERO DE PUERTO RICO, INC., et al. | Civil Action No. 1:06CV00513 <br> (Sullivan, J.) |

**NOTICE OF FILING OF CONSENT JUDGMENT**

    The parties to this matter, Trustees of the Newspaper Guild International Pension Fund, et al., and El Vocero de Puerto Rico, Inc., hereby submit Notice of their joint filing of a Consent Judgment for the Court's approval.

Respectfully Submitted,

_____
Barbara L. Camens
DC Bar #366776
Barr & Camens
1025 Connecticut Avenue, Ste. 712
Washington, D.C. 20036
(202) 293 9222