IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

TRUSTEES OF THE NEWSPAPER GUILD )
INTERNATIONAL PENSION FUND, et al. )
 )
 )
 )
v. ) Civil Action No. 1:06CV00513
 ) (Sullivan, J.)
 )
EL VOCERO DE PUERTO RICO, INC., et al. )
 )
 )
_____ )

## CONSENT JUDGMENT

Defendants, El Vocero de Puerto Rico, Inc. and Caribbean International News Corporation, have offered judgment to plaintiffs and plaintiffs have accepted, as follows :

1. Defendants shall pay **$144, 599. 57** to plaintiffs for delinquent pension contributions for the months of November, 2005, December, 2005, January, February, and March, 2006, and a collection cost debt from a separate delinquency in 2004, plus interest of **$6, 617. 51** accruing thereon through July 31, 2006.

2. Defendants shall pay plaintiffs **$3, 060. 00** for deficiencies found in an audit conducted by plaintiffs' auditors in June, 2006, covering the period January 1, 2003 through May 31, 2006, plus interest of **$53. 40** accruing thereon from May 31, 2006 through July 31, 2006.

3. Defendants shall pay plaintiffs an additional amount equal to the greater of :

 a) interest on **$147, 659. 57** at 11% from August 1, 2006, to the satisfaction of the judgment; or

   b)    20% of **$147, 659. 57**.

4.   Defendants shall pay plaintiffs reasonable attorneys' fees of **$18, 387. 66** accruing through July 26, 2006; court costs of **$720.00**; audit costs of **$6, 800. 00** accruing through July 13, 2006, and any additional attorneys' fees and costs incurred in enforcing this Consent Judgment.

5.   Defendants shall pay plaintiffs interest on **$147, 659. 57** at 11% annually, compounded monthly, for the period of August 1, 2006 through the satisfaction of this Consent Judgment.

6.   Defendants, their officers, agents, servants, attorneys, and all persons acting on their behalf or in conjunction with them shall be permanently restrained and enjoined from failing and refusing :

   a)    to file complete and proper Remittance Reports for all periods for which defendants are obligated under their collective bargaining agreement to file such reports;

   b)    to submit to audits by independent Certified Public Accountants on behalf of plaintiffs; and

   c)    to pay to the Newspaper Guild International Pension Fund all monies that defendants are obligated to pay under collective bargaining agreements.

Respectfully Submitted,


Pedro J. Manzano Yates [1]
Fiddler, Gonzalez & Rodriguez
254 Munoz Rivera Avenue
Corner Chardon Street
6th Floor
Hato Rey, PR 00918
(787) 759 3240

Attorney for Defendants

Barbara L. Camens
DC Bar # 366776
Barr & Camens
1025 Connecticut Ave. NW
Suite 712
Washington, DC 20036
(202) 293 9222

Attorney for Plaintiffs


Approved by the Court this _____day
of _____, 2006.


_____
U.S. District Court for the District of Columbia

---

[1] Although Mr. Manzano Yates is not barred in the District Court for the District of Columbia, the parties jointly request that he be admitted *pro hac vice* for purposes of entering the Consent Judgment.